United States Bankruptcy Court

Central District of California

In re:     Case No. 22-10310-MB

Vivani Hospice Care, Inc     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1     User: admin     Page 1 of 1

Date Rcvd: Apr 22, 2022     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2022:**

**Recip ID     Recipient Name and Address**
db     + Vivani Hospice Care, Inc, 4924 Balboa Blvd #621, Encino, CA 91316-3402

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2022 at the address(es) listed below:**

**Name     Email Address**

Amy L Goldman (TR)
    marisol.jaramillo@lewisbrisbois.com AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com

United States Trustee (SV)
    ustpregion16.wh.ecf@usdoj.gov

TOTAL: 2

**FILED & ENTERED**

APR 22 2022

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY Pgarcia    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>VIVANI HOSPICE CARE, INC.<br><br>Debtor. | Case No.: 1:22-bk-10310-MB<br><br>Chapter 7<br><br>**ORDER:**<br><br>**[1] CONTINUING HEARING ON ORDER TO SHOW CAUSE WHY THIS BANKRUPTCY CASE SHOULD NOT BE DISMISSED WITH A 180-DAY BAR TO REFILING; AND**<br><br>**[2] SETTING CHAPTER 7 STATUS CONFERENCE**<br><br><u>Continued Hearing on OSC &</u><br><u>Chapter 7 Status Conference</u><br>Date:    May 4, 2022<br>Time:    11:00 a.m.<br><br>The hearing will be conducted remotely, using ZoomGov video and audio:<br><br>URL: **https://cacb.zoomgov.com/j/1604000146**<br>Meeting ID: **160 400 0146**<br>Password: **668711**<br>Telephone Numbers:    **1 (669) 254 5252**<br>                                        or **1 (646) 828 7666**<br>                                        or **1 (669) 216 1590**<br>                                        or **1 (551) 285 1373** |

ORDER SETTING CHAPTER 7 STATUS CONFERENCE & CONTINUING HEARING ON OSC

On March 17, 2022, Vivani Hospice Care, Inc. (the "Debtor") commenced this chapter 7 case by filing a voluntary chapter 7 petition (the "Petition"). The Petition was not signed by an attorney nor was it filed by an attorney. Case Dkt. 1. On March 25, 2022, the Court issued its *Order to Show Cause Why This Bankruptcy Case Should Not Be Dismissed, etc.* (the "OSC") based on Debtor filing the petition without counsel in contravention of Local Bankruptcy Rule 9011-2(a). Case Dkt. 8. The Debtor failed to file a written response to the OSC.

On April 20, 2022, the Court conducted a hearing on the OSC. Steve Daly appeared on behalf of the Debtor, also present was Minoo Sedehizadeh of the Debtor, and Russell Clementson of the Office of the United States Trustee. For the reasons stated by the Court on the record, and for good cause appearing, **IT IS HEREBY ORDERED THAT**:

1. The hearing on the OSC is continued to **May 4, 2022 at 11:00 a.m.**
2. The Court sets a chapter 7 status conference for **May 4, 2022 at 11:00 a.m.** The chapter 7 trustee, Amy Goldman, and the Office of the United States Trustee are required to appear.
3. No later than **April 29, 2022**, the Debtor is required to file a declaration under penalty of perjury addressing the status of the Debtor's business operations, whether the Debtor has any patients and whether the Debtor is a "health care business" within the meaning of 11 U.S.C. § 101(27A).

###

Date: April 22, 2022

Martin R Barash
United States Bankruptcy Judge

ORDER SETTING CHAPTER 7 STATUS CONFERENCE & CONTINUING HEARING ON OSC